# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Frank W. Koskovich,                          :
                Appellant                  :
                                     :
               v.                             :          No. 1441 C.D. 2021
                                     :
The Board of Supervisors of                  :
The Sterling Township, The                   :
Sterling Township Zoning                     :
Hearing Board, Charles Tufano                :
and Sandra Tufano, husband and               :
wife, Charles A. Landon and                   :
Donna L. Landon, husband and                 :
wife, and James Lincoln Arthur               :
and Karen L. Arthur,                         :
husband and wife                             :

**PER CURIAM**                    **O R D E R**

         NOW, June 12, 2023, having considered Appellant's application for reargument, the application is DENIED.